RECEIVED

FEB - 1 2012

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

PATRICIA ANN LINCOLN          *     CIVIL ACTION NO.  10-1861

VERSUS                        *     JUDGE DONALD E. WALTER

MICHAEL J. ASTRUE,            *     MAG. JUDGE KAREN L. HAYES
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's

decision is **AFFIRMED**, and this matter **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this ___1___ day of __February__, 2012,

Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE